| 1 | McGREGOR W. SCOTT |
| 2 | United States Attorney |
|   | VICTORIA L. BOESCH |
| 3 | Assistant United States Attorney |
|   | 501 I Street, Suite 10-100 |
| 4 | Sacramento, CA  95814 |
|   | Telephone:  (916) 554-2700 |
| 5 | Facsimile:   (916) 554-2900 |
|   | victoria.boesch@usdoj.gov |

Attorneys for Federal Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| KERN COUNTY HOSPITAL AUTHORITY, A Public Entity, And Successor In Interest To The County Of Kern, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, CLINICA SIERRA VISTA; LAWRENCE S. GARCIA, MD, and Does 1-30, <br><br> Defendants. | CASE NO. 1:19-cv-00474-DAD-JLT <br><br> **STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL SCHEDULING CONFERENCE** <br> **(Doc. 10)** |
|---|---|

Plaintiff Kern County Hospital Authority and Defendant United States of America respectfully request that the Court continue the Initial Scheduling Conference currently set for July 8, 2019, to **September 9, 2019,** at 9:00 a.m.in Bakersfield, 510 19th Street before Magistrate Judge Jennifer L. Thurston.  *See* Dkt. No. 6.  There is good cause to continue the scheduling conference because the United States' response to the complaint is not due until August 23, 2019, and the parties need sufficient time following that response to meet and confer before the Initial Scheduling Conference.

/ / /

/ / /

/ / /

---

STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL SCHEDULING CONFERENCE

PAGE 1

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

Dated: June 26, 2019   By:   */s/ Victoria L. Boesch*
VICTORIA L. BOESCH
Assistant United States Attorney

Attorneys for Federal Defendants

Dated: June 26, 2019   */s/ Hugh Spackman (authorized 6/26/19)*
BARBARA ANN CARROLL
HUGH SPACKMAN
Clinkenbeard, Ramsey, Spackman & Clark, LLP

Attorneys for Plaintiff

## ORDER

Based upon the stipulation of the parties, the Court **GRANTS** the stipulation and continues the scheduling conference to September 30, 2019 at 8:30 a.m. The joint scheduling conference report SHALL be filed no later than September 23, 2019.

IT IS SO ORDERED.

Dated: **June 27, 2019**            **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE