McGREGOR W. SCOTT
United States Attorney
VICTORIA L. BOESCH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900
victoria.boesch@usdoj.gov

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KERN COUNTY HOSPITAL AUTHORITY, A Public Entity, And Successor In Interest To The County Of Kern,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, CLINICA SIERRA VISTA; LAWRENCE S. GARCIA, MD, and Does 1-30,<br><br>Defendants. | CASE NO. 1:19-cv-00474-DAD-JLT<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL SCHEDULING CONFERENCE AND UNITED STATES' COMPLAINT-RESPONSE DEADLINE**<br><br>**(Doc. 14)** |

Plaintiff Kern County Hospital Authority and Defendants the United States of America, Clinica Sierra Vista, and Lawrence S. Garcia respectfully request that the Court continue the Initial Scheduling Conference currently set for September 30, 2019**,** at 8:30 a.m.in Bakersfield, 510 19th Street before Magistrate Judge Jennifer L. Thurston until **November 18, 2019**. *See* Dkt. No. 11. In addition, the parties request that the Court extend the deadline for the United States to respond to the complaint by two weeks until **October 4, 2019**. Plaintiff and the United States agreed to one prior 28-day extension of the United States' complaint-response deadline. *See* Dkt. 12. There is good cause to continue the scheduling conference and the United States' complaint-response deadline because Plaintiff and the United States are currently meeting and conferring regarding the United States' contemplated motion to dismiss the complaint. Through further discussions, they believe they may be able to narrow the issues

STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL SCHEDULING CONFERENCE AND UNITED STATES' COMPLAINT-RESPONSE DEADLINE

PAGE 1

or eliminate the need for motion practice, thus conserving resources for both the parties and the Court. The parties submit that settling the pleadings by identifying which claims will proceed against which defendants will streamline proceedings and allow the parties to more productively plan for discovery and formulate a proposed schedule.

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

Dated: September 17, 2019         By: */s/ Victoria L. Boesch*
                                  VICTORIA L. BOESCH
                                  Assistant United States Attorney

                                  Attorneys for the United States

Dated: September 17, 2019          */s/ Barbara Ann Carroll (authorized 9/17/19)*
                                  BARBARA ANN CARROLL
                                  HUGH SPACKMAN
                                  Clinkenbeard, Ramsey, Spackman & Clark, LLP

                                  Attorneys for Plaintiff Kern County Hospital Authority

Dated: September 17, 2019          */s/ Amanda M. Lucas (authorized 9/17/19)*
                                  AMANDA M. LUCAS
                                  LeBeau Thelen, LLP

                                  Attorneys for Clinica Sierra Vista and Lawrence S. Garcia

STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL SCHEDULING CONFERENCE AND UNITED STATES'
COMPLAINT-RESPONSE DEADLINE

PAGE 2

# ORDER

Based upon the stipulation of counsel the Court **ORDERS:**

1. The responsive pleading of the United States of America may be filed no later than October 4, 2019;

2. The scheduling conference is continued to November 18, 2019 at 9:30 a.m.

IT IS SO ORDERED.

Dated: **September 17, 2019**       **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL SCHEDULING CONFERENCE AND UNITED STATES' COMPLAINT-RESPONSE DEADLINE

PAGE 3