# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KERN COUNTY HOSPITAL AUTHORITY, a public entity, and successor in interest to the County of Kern,<br>　　　　Plaintiff,<br>　　v.<br>UNITED STATES OF AMERICA, et al.,<br>　　　　Defendants. | Case No.: 1:19-CV-00474-DAD-JLT<br><br>ORDER CLOSING THE CASE<br>(Doc. 31) |

The parties have stipulated to the action being dismissed with prejudice. (Doc. 31) The Federal Rules of Civil Procedure Rule 41 makes such stipulations effective immediately with further order of the Court. Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is DIRECTED to close this action.

IT IS SO ORDERED.

Dated:　**November 6, 2020**　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE